## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF ALABAMA

## MOBILE DIVISION

| | | |
|---|---|---|
| **COASTAL CARGO COMPANY, LLC** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 15 - 60** |
| **M/V COS INTREPID, her engines, tackle** | * | |
| **and appurtenances, etc.,** *in rem* | | **In Admiralty** |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>VERIFIED COMPLAINT</u>

Now into Court, through undersigned counsel, comes plaintiff, Coastal Cargo Company, LLC (hereinafter "Coastal Cargo"), and for its Verified Complaint against the M/V COS INTREPID, *in rem*, avers upon information and belief as follows:

### I.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule C of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure. Jurisdiction is based on 28 U.S.C. §1333.

### II.

Venue is proper because the M/V COS INTREPID is now or will be during the pendency of this action and process hereunder within this judicial district and within the jurisdiction of this Court.

1

III.

At all times material hereto plaintiff Coastal Cargo was and still is a limited liability company organized and existing under the laws of the State of Louisiana and was engaged in providing stevedoring services in the Port of New Orleans, Louisiana.

IV.

At all times material hereto, the M/V COS INTREPID was and still is a Hong Kong flagged ocean-going cargo vessel of approximately 39,795 gross registered tons, bearing IMO No. 9216432, owned by Hanbo Shipping Ltd., a company organized and existing under the laws of Singapore.

V.

In or around July 2014, Coastal Cargo agreed to and did provide stevedoring services to the M/V COS INTREPID, while she was moored at the Port of New Orleans, Louisiana.

VI.

On 29 July 2014, Coastal Cargo sent its Invoice No. 53910 in the amount of $90,174.21 to the M/V COS INTERPID and its charterer, Suntime America, Inc., for some of the stevedoring services provided to the vessel in July 2014.  See invoice attached hereto as Exhibit "A," which called for payment of the full amount owed to Coastal Cargo for these stevedoring services upon receipt.

VII.

On 29 August 2014, Coastal Cargo sent its Invoice No. 54992 in the amount of $20,275.41 to the M/V COS INTERPID and its charterer, Suntime America, Inc., for

some of the stevedoring services provided to the vessel in July 2014. See invoice attached hereto as Exhibit "B," which called for payment of the full amount owed to Coastal Cargo within 30 days.

### VIII.

On 15 September 2014, Coastal Cargo sent its Invoice No. 55589 in the amount of $27,486.94 to the M/V COS INTERPID and its charterer, Suntime America, Inc., for stevedoring services provided to the vessel in July 2014. See invoice attached hereto as Exhibit "C," which called for payment of the full amount owed to Coastal Cargo within 30 days.

### IX.

Despite due demand, no payment of Coastal Cargo's Invoices 53910, 54992 and 55589 has been received by Coastal Cargo and there remains an outstanding balance of **$139,936.56**, plus interest, costs and attorneys' fees, owed to Coastal Cargo for the stevedoring services Coastal Cargo supplied to the M/V COS INTREPID in New Orleans, Louisiana in July 2014.

### X.

As suppliers of necessaries to the M/V COS INTREPID on the order of her owner and/or a person authorized by the owner, the vessel's charterer or an agent of the charterer, Coastal Cargo is the holder of a maritime lien against the M/V COS INTREPID for all amounts owed to Coastal Cargo for its stevedoring services provided to the M/V COS INTREPID in July 2014 as reflected in its Invoices 53910, 54992 and

3

55586, plus interest, costs and attorneys' fees pursuant to 46 U.S.C. §31342 and 46 U.S.C. §31341.

## XI.

Pursuant to 46 U.S.C. §31342, Coastal Cargo is entitled to assert and enforce its maritime lien on the M/V COS INTREPID, *in rem*, in the amount of $139,936.56, plus interest, costs and attorneys' fees.

## XII.

Coastal Cargo seeks an Order from this Honorable Court directing the Clerk of Court to issue a warrant for the arrest of the M/V COS INTREPID, *in rem*, commanding the United States Marshal for the Southern District of Alabama to arrest the M/V COS INTREPID, her engines, tackle and appurtenances, etc., *in rem*, and further requests that the vessel thereafter be sold at judicial sale, the proceeds thereof to be deposited into the registry of the Court and, after due proceedings had, the proceeds to be disbursed to Coastal Cargo in satisfaction of the debt owed to Coastal Cargo.

## XIII.

All and singular, the foregoing premises are true and correct and within the admiralty and maritime jurisdiction of the United States of America and this Honorable Court.

WHEREFORE, plaintiff prays that:

1)      Its Verified Complaint be deemed good and sufficient;

2)      The Clerk issue a warrant for the maritime arrest of the M/V COS INTREPID, bearing IMO No. 9216432, her engines, tackle and appurtenances, etc., *in rem*;

3)      All parties claiming an interest, title or right in the said vessel appear and answer, all and singular, the allegations of this Verified Complaint;

4)      After due proceedings, judgment be entered in favor of plaintiff and against defendant, the M/V COS INTREPID, her engines, boilers, tackle, furniture, apparel, etc., *in rem*, in the amount of the aforesaid $139,936.56, plus interest, costs and attorneys' fees;

5)      The M/V COS INTREPID be condemned and sold to satisfy any judgment awarded by the Court in favor of plaintiff; and

6)      Plaintiff has such other and further relief as the law and justice may require.


Respectfully submitted,

WARHURST & BUFFALOW

GREGORY C. BUFFALOW (BUFG3126)
Gregory C. Buffalow LLC
305 North Jackson Street
Mobile, Alabama   36603
Telephone:  (251) 694-1932
*Attorneys for Coastal Cargo Company, Inc.*

**OF COUNSEL:**

Robert H. Murphy (La Bar No. 9850)
rmurphy@mrsnola.com
Timothy D. DePaula (La Bar No. 31699)
tdepaula@mrsnola.com
MURPHY, ROGERS, SLOSS & GAMBEL
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA  70139


**INSTRUCTIONS FOR U.S. MARSHAL:**

PLEASE SERVE THE WARRANT OF MARITIME ARREST
ON THE M/V COS INTREPID, HER ENGINES,
TACKLE AND APPURTENANCES, ETC.
CURRENTLY LYING AFLOAT AT ASD PIER SOUTH D1 BERTH,
PORT OF MOBILE

**PLEASE SERVE ON THE:**
**M/V COS INTREPID,** *IN REM*
C/O her Master


1484/4842

6

## **VERIFICATION**

STATE OF ALABAMA

COUNTY OF MOBILE

BEFORE ME, the undersigned authority, a notary public duly commissioned and qualified, personally came and appeared:

### **GREGORY C. BUFFALOW**

who, after being duly sworn, did depose and say that:

He is an attorney in the firm of Warhurst & Buffalow and is the attorney of record for plaintiff, Coast Cargo Company, LLC;

He has read the above and foregoing Verified Complaint and knows the contents thereof, and that the same are true and correct to the best of his knowledge, information and belief, the sources of information and grounds for the belief being material contained in his file and furnished to him by his client.

GREGORY C. BUFFALOW

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS _5th_ DAY
OF FEBRUARY, 2015.

NOTARY PUBLIC
Print:                Notary Public - Alabama State At Large
                      My Commission Expires
                      November 8, 2016