

## Coastal Cargo Company, LLC
### Stevedore/Terminal Operators
(504) 587-1100
www.CoastalCargoGroup.com

*** C E R T I F I E D   C O P Y ***

Page No. 1

Invoice No. 53910

Invoice Date 7/29/14

Ref.

**BILL To:**
M/V COS INTREPID
Suntime America Inc.
26 Manhattan Place
Cliffside Park, NJ 07010
UNITED STATES

**REMIT TO:**
Coastal Cargo Company, LLC
Accounts Receivable Department
P.O. Box 53235
New Orleans, LA 70153

| Customer | Terms | Quote | Job | Vessel Name | Order No. |
|---|---|---|---|---|---|
| 10884 | PAYABLE UPON RECEIPT | 11193 | 212914 | COS INTREPID | 86787 |

| Item | Service Date | Description | UM | Quantity Ordered | TX | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 137D2D | 7/13/14 | Dschg Skidded Steel Coils<br>PREPAINTED SKIDDED COILS<br>B/L # DGIA1401CISH32-36 | MT | 569.27 | N | 4.2500 | 2,419.41 |
| 134D2D | 7/13/14 | Dschg C/R Steel Coils to Dock<br>B/L # DGIA1401CISH56-58 | MT | 518.07 | N | 4.5000 | 2,331.32 |
| 137D2B | 7/13/14 | Dschg Skidded Steel Coils<br>TINPLATE SKIDDED COILS<br>B/L # DGIA1401CISH11-14,59 | MT | 971.70 | N | 4.2500 | 4,129.73 |
| CRANERENTAL-FL | 7/13/14 | Crane Rental/Hire-Flat Rate<br>CRANE RENTAL AND RUN AROUND<br>ALL INCLUSIVE AS PER AGREEMENT | FR | 1.00 | N | 75,000.0000 | 75,000.00 |
| STBYRAIN | 7/08/14 | Standby Due To Rain<br>07/08-09,7/13/2014 | HR | 12.25 | N | 475.0000 | 5,818.75 |
| STBY | 7/10/14 | Standby<br>HATCH: 2<br>1300-1330 (0.5)<br>HATCH: 3<br>1300-1330 (0.5)<br>Mates closed hatch | HR | 1.00 | N | 475.0000 | 475.00 |

Banking Details
Whitney National Bank
228 St. Charles Ave.
New Orleans, LA 70130
Account: Coastal Cargo Co., LLC
ABA #065400153  ACCT #03412367
Swift Code-WHITUS44
504-586-7272
**Please Remit in U.S. Dollars**

(Continued Next Page)

**EXHIBIT**
tabbies



# Coastal Cargo Company, LLC
## Stevedore/Terminal Operators:
(504) 587-1100
www.CoastalCargoGroup.com

*** C E R T I F I E D   C O P Y ***

Invoice No. 53910

Invoice Date 7/29/14

Ref.

**BILL To:**
M/V COS INTREPID
Suntime America Inc.
26 Manhattan Place
Cliffside Park, NJ 07010
UNITED STATES

**REMIT TO:**
Coastal Cargo Company, LLC
Accounts Receivable Department
P.O. Box 53235
New Orleans, LA 70153

| Customer | Terms | Quote | Job | Vessel Name | Order No. |
|---|---|---|---|---|---|
| 10884 | PAYABLE UPON RECEIPT | 11193 | 212914 | COS INTREPID | 86787 |

| Item | Service Date | Description | UM | Quantity Ordered | TX | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| | | Subtotal | | | | | 90,174.21 |
| | | Invoice Amount | | | | | 90,174.21 |
| | | Customer has requested invoice be emailed to Port Captain before being sent to main office. | | | | | |



# Coastal Cargo Company, LLC
### Stevedore/Terminal Operators
(504) 587-1100
www.CoastalCargoGroup.com

\*\*\* C E R T I F I E D   C O P Y \*\*\*

Page No. 1

Invoice No. 54992

Invoice Date 8/29/14

Ref.

**BILL To:**
M/V COS INTREPID'
Suntime America Inc.
26 Manhattan Place
Cliffside Park, NJ 07010
UNITED STATES

**REMIT TO:**
Coastal Cargo Company, LLC
Accounts Receivable Department
P.O. Box 53235
New Orleans, LA 70153

| Customer | Terms | Quote | Job | Vessel Name | Order No. |
|---|---|---|---|---|---|
| 10884 | NET 30 DAYS | 11479 | 212914 | COS INTREPID | 88760 |

| Item | Service Date | Description | UM | Quantity Ordered | TX | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| CRANERENTAL-M/T | 7/13/14 | Crane Rental<br>COLD ROLLED COILS<br>B/L # DGIA1401CISH37-39,42-44<br><br>Banking Details<br>Whitney National Bank<br>228 St. Charles Ave.<br>New Orleans, LA 70130<br>Account: Coastal Cargo Co., LLC<br>ABA #065400153  ACCT #03412367<br>Swift Code-WHITUS44<br>504-586-7272<br>\*\*Please Remit in U.S. Dollars\*\*<br><br>Invoice Amount<br><br>Customer has requested invoice be emailed to Port Captain before being sent to main office. | MT | 2,317.19 | N | 8.7500 | 20,275.41<br><br><br><br><br><br><br><br><br><br><br><br>20,275.41 |

EXHIBIT 3



# Coastal Cargo Company, LLC
Stevedore/Terminal Operators
(504) 587-1100
www.CoastalCargoGroup.com

*** CERTIFIED COPY ***

Page No. 1

Invoice No. 55589

Invoice Date 9/15/14

Ref.

**BILL TO:**
M/V COS INTREPID
Suntime America Inc.
26 Manhattan Place
Cliffside Park, NJ 07010
UNITED STATES

**REMIT TO:**
Coastal Cargo Company, LLC
Accounts Receivable Department
P.O. Box 53235
New Orleans, LA 70153

| Customer | Terms | Quote | Job | Vessel Name | Order No. |
|---|---|---|---|---|---|
| 10884 | NET 30 DAYS | 11193 | 212914 | COS INTREPID | 89751 |

| Item | Service Date | Description | UM | Quantity Ordered | TX | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|
| 137D2B | 7/13/14 | Dschg Skidded Steel Coils<br>TINPLATE SKIDDED COILS<br>B/L # DGIA1401CISH01-10,60-64<br><br>Banking Details<br>Whitney National Bank<br>228 St. Charles Ave.<br>New Orleans, LA 70130<br>Account: Coastal Cargo Co., LLC<br>ABA #065400153  ACCT #03412367<br>Swift Code-WHITUS44<br>504-586-7272<br>**Please Remit in U.S. Dollars** | MT | 4,368.43 | N | 6.7500 | 29,486.94 |
|  |  | Invoice Amount |  |  |  |  | 29,486.94 |
|  |  | Customer has requested invoice be emailed to Port Captain before being sent to main office. |  |  |  |  |  |

EXHIBIT
C